Roy L. McCardell, Respondent, v. Metropolitan Street Railway Company, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with costs, on the authority of *McCardell* v. *Metropolitan Street R. Co. (ante,* p. 528), decided herewith. Jenks, Hooker, Gaynor and Miller, JJ., concurred; Rich, J., dissented.

Katherine B. McKane, Appellant, v. New York and Coney Island Railroad Company and Others, Respondents.— Judgment affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

William Nagle, Respondent, v. William Rosenstein, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Michael K. Neville, Respondent, v. Forrest G. Abrew and Frank W. Yager, Appellants.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Ursulina Pettek, Appellant, v. The Brooklyn Heights Railroad Company, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Jacob Pohs, Appellant, v. John Scholl and Guss Scholl, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Angelo Petruzzi, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Judgment and order of the County Court of Kings county unanimously affirmed, on consent, in open court, without costs. Present — Woodward, Jenks, Hooker, Rich and Miller, JJ.

The People of the State of New York, Respondent, v. William Bongart, Appellant.— Judgment of the Children's Court affirmed. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

The People of the State of New York, Respondent, v. Walter Bram, Appellant.— Appeal dismissed. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

The People of the State of New York, Respondent, v. Saviro Marino, Appellant.— Judgment of the Court of Special Sessions affirmed. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

The People of the State of New York, Plaintiff, v. James W. Simpson, Appellant. Martin T. Manton, Appellant; Henry S. Brush, County Treasurer, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Joseph Rudtner and William Harker, Respondents, v. Michael Cooper, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, unless the plaintiffs within twenty days consent to reduce the damages to